**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-1516**

_____

RONALD SATISH EMRIT,

        Plaintiff - Appellant,

     v.

SPECIAL AGENT IN CHARGE OF FBI FIELD OFFICE, Southern District of New York (SDNY),

        Defendant - Appellee.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. Richard D. Bennett, Senior District Judge.  (1:22-cv-03160-RDB)

_____

Submitted:  October 19, 2023                   Decided:  October 23, 2023

_____

Before KING and WYNN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Ronald Satish Emrit, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Satish Emrit seeks to appeal the district court's order dismissing his civil action as an attempt to evade a vexatious litigant order entered against him in the Southern District of New York and declining to transfer Emrit's case to the New York district court. Emrit previously appealed this order, and we affirmed. *Emrit v. Special Agent*, No. 23-1030, 2023 WL 3073624 (4th Cir. Apr. 25, 2023). Because we affirmed Emrit's prior appeal, we dismiss his second appeal as duplicative. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*
